**Joan Kuhl, Plaintiff-Appellee, v. James Yates and Hester Yates, Defendants-Appellants.**

**Gen. No. 68–96M. (Abstract of Decision.)**

Fifth District.

April 17, 1970.

Edgar R. Kelly, of East Alton, for appellants; Wiseman, Shaikewitz & McGivern, of Alton, for appellee. Opinion PER CURIAM. **Not to be published in full.**